**Opinion issued May 7, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00603-CV

————————————

**CITY OF MORGAN'S POINT, TEXAS, Appellant**

**V.**

**THE BOYS & GIRLS HARBOR, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1033951**

---

## MEMORANDUM OPINION

The appellant and appellee jointly have filed an agreed motion to dismiss this appeal, and their attorneys have signed the motion. *See* TEX. R. APP. P. 42.1(a)(2). No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See id*. We set aside the trial court's judgment

without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement of the parties. *See id.* We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.